# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** PATRICK J. MAHONEY

**v.**

U.S. CAPTIOL POLICE BOARD, ET AL.

**Case No:** 24-5207

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as (•) Retained ( ) Pro Bono ( ) Appointed (CJA/FPD) ( ) Gov't counsel

for the (•) Appellant(s)/Petitioner(s) ( ) Appellee(s)/Respondent(s) ( ) Intervenor(s) ( ) Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

PATRICK J. MAHONEY

### Counsel Information

Lead Counsel: Joshua Dixon

Direct Phone: (703) 687-6212 Fax: ( ) - Email: jdixon@libertycenter.org

2nd Counsel: Eric Sell

Direct Phone: (703) 687-6212 Fax: ( ) - Email: esell@libertycenter.org

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Center for American Liberty

Firm Address: 1131 S. Main Street, Suite 207, Mount Airy, MD 21771

Firm Phone: ( ) - Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.