# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-5207**                                       **September Term, 2024**

**1:21-cv-02314-JEB**

**Filed On:** April 28, 2025

Patrick J. Mahoney, Reverend,

       Appellee

     v.

United States Capitol Police Board, in its
Official Capacity, et al.,

       Appellants

       **BEFORE:**     Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

     Upon consideration of the motion to strike and for sanctions, the opposition thereto, and the reply, it is

     **ORDERED** that the motion be denied.  Motions to strike are disfavored.  See Stabilisierungsfonds Fur Wein v. Kaiser Stuhl Wine Distribs. Pty. Ltd., 647 F.2d 200, 201 (D.C. Cir. 1981) (per curiam).  Appellee could have presented the points raised in the motion concisely in appellee's brief.  See id.  Appellee has not shown that sanctions are warranted.  See Parsi v. Daioleslam, 778 F.3d 116, 131 (D.C. Cir. 2015); United States v. Wallace, 964 F.2d 1214, 1217 (D.C. Cir. 1992).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
Selena R. Gancasz
Deputy Clerk